## Penn Central National Bank *v.* Charles Huston & Bros., Inc., Appellants.

Argued September 13, 1973. *Newton C. Taylor,* with him *Taylor & Kurtz,* for appellant; *John R. Gates,* with him *Scot D. Gill,* and *Henry, Corcelius & Gates,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Pressler, Adm., Appellant, *v.* Lam et al.

Argued September 10, 1973. *William C. Hewson,* with him *Beasley, Hewson, Casey, Kraft & Colleran,* for appellant; *Francis E. Shields,* with him *David R. Scott,* for appellee.

Judgment affirmed.

## Reading Company *v.* U. S. F. & G. Co., Appellant.

Argued September 10, 1973. *John F. Naulty,* with him *Turrey A. Kepler,* for appellant; *William P. Quinn,* for appellee.

Order affirmed.